

Peter S. Partee, Sr. (admitted *pro hac vice*)
Robert A. Rich (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
ppartee@huntonak.com
rrich2@huntonak.com

-and-

Ellen A. Friedman (S.B. No. 127684)
Ruth Stoner Muzzin (S.B. No. 276394)
**FRIEDMAN & SPRINGWATER LLP**
350 Sansome Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 834-3800
efriedman@friedmanspring.com
rmuzzin@friedmanspring.com

*Counsel for Finance of America Reverse LLC,
Compu-Link Corporation d/b/a Celink, and
Clear Recon Corp*

The following constitutes the order of the Court.
Signed: May 11, 2022

_____
**Roger L. Efremsky**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>CELINK, FINANCE OF AMERICA, AND CLEAR RECON CORP<br><br>Alleged Debtors. | Case No. 22-40338<br><br>Involuntary Chapter 7<br><br>**ORDER DISMISSING INVOLUNTARY PETITION**<br><br><u>Hearing</u>:<br>Date: May 11, 2022<br>Time: 2:00 p.m. (PT)<br>Place: Hon. Roger L. Efremsky,<br>       Virtual Courtroom 201<br>\*\*\* Hearing conducted by Zoom Webinar |

Upon the motion (the "<u>Motion</u>") of Finance of America Reverse LLC, Compu-Link Corporation d/b/a Celink, and Clear Recon Corp (collectively "<u>Respondents</u>"), pursuant to section 303 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), for dismissal of the above-captioned case (the "<u>Involuntary Case</u>"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 157, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24, and Rule 5011-1(a) of the Bankruptcy

Local Rules for the United States Bankruptcy Court for the Northern District of California; and this Court having found that notice of the Motion was appropriate under the circumstances and no other notice need be provided; and the Court having considered the Motion and the objection filed at Docket No. 19, and upon the record of the hearing held by the Court on the Motion on May 11, 2022 (the "Hearing"); and, after due deliberation, this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The Involuntary Case is dismissed pursuant to section 303(b) and (h) of the Bankruptcy Code.

3. Any and all motions, notices, objections, responses, joinders, or other pleadings or filings concerning the Involuntary Case and the Motion that have not been decided prior to the date hereof are denied, dismissed, and/or overruled.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order, including, but not limited to, the imposition of damages under section 303(i) of the Bankruptcy Code.

5. Respondents have not waived the right to seek judgment against the petitioning creditor pursuant to section 303(i) of the Bankruptcy Code and this Court may, upon subsequent proceedings initiated by Respondents, take under advisement additional proceedings related to the Involuntary Case pursuant to section 303(i) of the Bankruptcy Code.

6. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

*** END OF ORDER. ***

# COURT SERVICE LIST

Lionel Tanner Estate
4400 Keller Ave #142
Oakland, CA 94605

Arman Teh
4400 Keller Ave #142
Oakland, CA 94605